**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SBY AMERICA, INC.

Plaintiff, Case No.

v. Hon.

M Solution Korea Co. Ltd.

Defendant.

---

THE PRIVATE FIRM PLLC
Reese Serra, Esq. (P74482)
Brian D. Harrison (P58513)
***Attorneys for Plaintiff***
125 E Third St, Ste. 100
Rochester, MI 48307
(248) 781-4501
info@thefirm.net

---

# PLAINTIFF'S VERIFIED COMPLAINT

NOW COMES Plaintiff, SBY AMERICA, INC. ("Plaintiff", "SBY America"), through its undersigned counsel, and for its Verified Complaint against Defendant M SOLUTION KOREA CO. LTD. ("M SOLUTION KOREA") ("Defendant") states as follows:

## PARTIES / ACTORS

1. Plaintiff SBY America, Inc., ("SBY America"), is a corporation with its principal place of business in Georgia.

2. Non-party M Solution America, Inc. ("M Solution America") is a corporation with a principal place of business at 3301 N. Berkeley Lk. Rd. NW, Ste. #100, Duluth, GA 30096.

3. Defendant M Solution Korea Co. Ltd. ("M Solution Korea") is a South Korean corporation with a principal place of business at 70-37, Oenam-ro, Cheongwon-gu, Cheongju-si, Chungcheongbuk-do, Republic of Korea.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 USC 1332, as there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. M Solution Korea purposefully directed its activities at Michigan by sending its own personnel to oversee project operations, negotiate terms, and sign change orders at the Holland, Michigan project site, and by using M Solution America as its domestic instrumentality to execute contracts in Michigan.

6. This Court has personal jurisdiction as the purchase orders and change orders between the parties took place within Michigan. MCL 600.715.

7. This Court has personal jurisdiction over M Solution Korea pursuant to MCL 600.715, because M Solution Korea's representatives repeatedly traveled to Michigan, conducted business activities there, signed change orders at the Holland, Michigan site, and directly participated in project oversight, thereby purposefully availing itself of the privilege of conducting activities within Michigan.

8. This Court is the proper venue for this case pursuant to 28 USCS 1391, as a substantial part of the events giving rise to the claims occurred in the Western District of Michigan, specifically at the project site in Holland, Michigan.

## STATEMENT OF FACTS

9. SBY America incorporates by reference all allegations in this Complaint as though fully set forth herein and made a part hereof.

10. SBY America furnished substantial goods, services, labor, and equipment at multiple project sites in Michigan, Ohio, Indiana, and Georgia pursuant to written purchase orders issued by M Solution Korea through its U.S. alter ego, M Solution America.

11. The projects were performed for LG CNS, with LG Energy Solution serving as the primary project owner, with M Solution Korea being a subcontractor for LG CNS.

12. Upon information and belief, M Solution Korea and M Solution America operate as alter egos of one another, as they have failed to observe corporate formalities, have commingled assets and operations, and otherwise function as a single economic entity rather than as separate and distinct corporate bodies.

13. M Solution America serves as an instrumentality of M Solution Korea to conduct its business operations in the United States.

14. M Solution Korea and M Solution America share common ownership, officers, and directors; they maintain shared offices and personnel.

15. M Solution America is undercapitalized.

16. M Solution America and M Solution Korea commingle funds and maintain intermingled books, with M Solution Korea dominating contracting and project-related decisions, and M Solution America is financially dependent on M Solution Korea.

17. M Solution America and M Solution Korea operate under a shared "M Solution" brand and unified corporate identity, and their purported corporate separateness has been used to divert trust funds.

18. Through M Solution America, M Solution Korea redirected funds from SBY America to M Solution Korea in connection with the goods, services, labor, and equipment that SBY America provided pursuant to the purchase orders between the parties.

19. The total amount owed to SBY America for these services is in excess of $4,532,795.54, broken down as follows: Michigan ($2,292,421.76), Ohio ($1,238,242.12), Indiana ($179,350.00), and Georgia ($822,781.66).

20. SBY America properly invoiced M Solution America for all services provided and issued a Demand Letter on September 16, 2025, to both M Solution America and M Solution Korea, attached hereto as **Exhibit A and Exhibit B,** respectively.

21. Invoices have remained unpaid since as early as December 2024, despite SBY America's repeated demands for payment. **Exhibit C**.

22. M Solution America, acting as M Solution Korea's domestic instrumentality (alter ego), has acknowledged through counsel that it owes approximately $1.9 million to SBY America, but has failed to pay even this admitted amount. **Exhibit D.**

23. M Solution Korea personnel directly participated in project oversight and signed change orders at the Holland, Michigan, site, the Indiana site, the Ohio site, and the Georgia site, thereby exercising direct control over the projects in question.

24. M Solution Korea exercises pervasive operational and financial control over M Solution America, and the entities function interchangeably with respect to contracting, project supervision, and the flow of project funds.

25. Representatives of M Solution Korea repeatedly traveled to the United States, including Michigan, Indiana, Ohio, and Georgia, to oversee job sites and conduct commercial activities.

26. On March 21, 2025, at the Georgia project site, the fiancé of Seung Youn Yoo (Sunbok You, who is SBY America's Chief Executive Officer) was killed in an incident involving gross negligence or reckless or intentional conduct.

27. Following this incident and in retaliation, M Solution Korea, acting through M Solution America, ordered SBY America's personnel to leave the project site without any legal basis, proper notice, or payment.

28. On September 16, 2025, SBY America sent a demand letter to M Solution America and M Solution Korea demanding payment of the full amount owed. **Exhibit B**.

29. On September 19, 2025, SBY America sent a demand letter to project owners HL-GA Battery Company, LLC, L-H Battery Company, and LG Energy Solution Michigan, Inc., companies that contracted M Solution America, demanding payment. **See Exhibit C.**

30. On October 3, 2025, M Solution America, through its counsel, responded to the demand letter, representing and acknowledging that it owed approximately $1.9 million to SBY America. The response is attached hereto and made a part hereof as if fully set forth herein, marked as **Exhibit D.**

31. On October 9, 2025, SBY America demanded immediate payment of the admitted $1.9 million by October 13, 2025, with a 30-day forbearance from litigation if paid.

32. On October 27, 2025, LG Energy Solution Michigan, Inc. responded to SBY America's Demand Letter, stating that LG Energy Solution Michigan, Inc., as the project owner, had fully paid M Solution America for the work M Solution America contracted SBY America to perform. **Exhibit E** **and** **Exhibit F**.

33. On October 28, 2025, HL-GA Battery Company, LLC, responded to SBY America's Demand Letter, stating that HL-GA Battery Company, LLC, as the project owner, had fully paid M Solution America for the work M Solution America contracted SBY America to perform. **Exhibit E** **and** **Exhibit F.**

34. On October 2, 2025, L-H Battery Company responded to SBY America's Demand Letter, stating that L-H Battery Company, as the project owner, had fully paid M Solution America for the work M Solution America contracted SBY America to perform. **Exhibit E** **and** **Exhibit F.**

35. To date, M Solution Korea and M Solution America have failed to pay even the admitted amount owed to SBY America.

## ASSET MISAPPROPRIATION AND NEED FOR EMERGENCY RELIEF

36. Upon information and belief, M Solution Korea is actively transferring, misappropriating, concealing, and/or encumbering its assets in a manner designed to render any judgment obtained by Plaintiff uncollectible.

37. Upon information and belief, M Solution Korea has been and continues to divert funds received from project owners, including funds specifically designated for payment to SBY America, to accounts in the Republic of Korea and other jurisdictions beyond the reach of this Court.

38. Upon information and belief, M Solution Korea has directed the winding down of M Solution America's domestic operations and the transfer of remaining assets, contracts, and business opportunities to M Solution Korea and affiliated entities in the Republic of Korea.

39. Despite having received full payment from the project owners for work performed by SBY America, M Solution Korea has failed to remit any portion of those funds to Plaintiff, and has instead misappropriated entrusted construction funds and diverted those funds for their own use and benefit.

40. Upon information and belief, M Solution Korea has ongoing funded projects occurring in Arizona and other locations, and is diverting revenues from those projects rather than satisfying their existing obligations to SBY America.

41. The ongoing and accelerating nature of M Solution Korea’s asset transfers and misappropriation creates an imminent risk that any monetary judgment entered

in Plaintiff's favor will be rendered uncollectible absent immediate intervention by this Court.

42. SBY America will suffer irreparable harm if M Solution Korea is permitted to continue misappropriating and transferring assets, as monetary damages alone will be inadequate to compensate SBY America if there are no assets from which to collect.

43. SBY America is therefore simultaneously filing an Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction and seeks the Court's immediate intervention to preserve the status quo and prevent further misappropriation of assets pending resolution of this action.

## COUNT I - BREACH OF CONTRACT-MICHIGAN

44. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

45. SBY America entered into valid contracts with M Solution Korea for the provision of goods, services, labor, and equipment at a project site in Michigan.

46. These contracts were evidenced by written purchase orders and change orders, many of which were signed by representatives of both M Solution America and M Solution Korea, attached hereto as **Exhibit G** and **Exhibit H**.

47. SBY America fully performed its obligations under these contracts by providing the agreed-upon goods, services, labor, and equipment at the specified project sites.

48. M Solution Korea breached the contracts by failing to pay SBY America the amounts owed for the goods, services, labor, and equipment provided.

49. M Solution America has acknowledged owing approximately $1.9 million to SBY America, but has failed to pay even this admitted amount.

50. M Solution Korea personnel directly participated in project oversight and signed change orders, thereby becoming a party to the contracts or otherwise assuming liability for their performance.

51. As a direct and proximate result of M Solution Korea's breaches, SBY America has suffered damages in excess of the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre-judgment and post-judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

**COUNT II-BREACH OF CONTRACT-OHIO**

52. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

53. SBY America entered into valid contracts with M Solution Korea for the provision of goods, services, labor, and equipment at a project site in Ohio.

54. These contracts were evidenced by written purchase orders and change orders, many of which were signed by representatives of both M Solution America and M Solution Korea, attached hereto as **Exhibit G** and **Exhibit H**.

55. SBY America fully performed its obligations under these contracts by providing the agreed-upon goods, services, labor, and equipment at the specified project sites.

56. M Solution Korea breached the contracts by failing to pay SBY America the amounts owed for the goods, services, labor, and equipment provided.

57. M Solution America, acting as M Solution Korea's domestic instrumentality, has acknowledged through counsel that it owes approximately $1.9 million to SBY America, but has failed to pay even this admitted amount.

58. M Solution Korea personnel directly participated in project oversight and signed change orders, thereby becoming a party to the contracts or otherwise assuming liability for their performance.

59. As a direct and proximate result of M Solution Korea's breaches, SBY America has suffered damages in excess of the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre-judgment and post-judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

## COUNT III-BREACH OF CONTRACT-INDIANA

60. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

61. SBY America entered into valid contracts with M Solution Korea for the provision of goods, services, labor, and equipment at a project site in Indiana.

62. These contracts were evidenced by written purchase orders and change orders, many of which were signed by representatives of both M Solution America and M Solution Korea, attached hereto as **Exhibit G** and **Exhibit H**.

63. SBY America fully performed its obligations under these contracts by providing the agreed-upon goods, services, labor, and equipment at the specified project sites.

64. M Solution Korea breached the contracts by failing to pay SBY America the amounts owed for the goods, services, labor, and equipment provided.

65. M Solution America, acting as M Solution Korea's domestic instrumentality, has acknowledged through counsel that it owes approximately $1.9 million to SBY America, but has failed to pay even this admitted amount.

66. M Solution Korea personnel directly participated in project oversight and signed change orders, thereby becoming a party to the contracts or otherwise assuming liability for their performance.

67. As a direct and proximate result of M Solution Korea's breaches, SBY America has suffered damages in excess of the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as

follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre-judgment and post-judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

**COUNT IV-BREACH OF CONTRACT-GEORGIA**

68. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

69. SBY America entered into valid contracts with M Solution Korea for the provision of goods, services, labor, and equipment at a project site in Georgia.

70. These contracts were evidenced by written purchase orders and change orders, many of which were signed by representatives of both M Solution America and M Solution Korea, attached hereto as **Exhibit G** and **Exhibit H**.

71. SBY America fully performed its obligations under these contracts by providing the agreed-upon goods, services, labor, and equipment at the specified project sites.

72. M Solution Korea breached the contracts by failing to pay SBY America the amounts owed for the goods, services, labor, and equipment provided.

73. M Solution America, acting as M Solution Korea's domestic instrumentality, has acknowledged through counsel that it owes approximately $1.9 million to SBY America, but has failed to pay even this admitted amount.

74. M Solution Korea personnel directly participated in project oversight and signed change orders, thereby becoming a party to the contracts or otherwise assuming liability for their performance.

75. As a direct and proximate result of M Solution Korea's breaches, SBY America has suffered damages in excess of the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys’ fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre-judgment and post-judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

**COUNT V - STATUTORY CONVERSION**
**PURSUANT TO MCL 600.2919A**

76. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

77. SBY America had a right to payment for the goods, services, labor, and equipment it provided to M Solution Korea.

78. M Solution Korea received funds from LG CNS and/or LG Energy Solution that were specifically designated for payment to SBY America for the goods, services, labor, and equipment provided.

79. M Solution Korea knowingly and intentionally withheld these funds from SBY America and exercised wrongful dominion over them.

80. M Solution Korea's withholding of these funds constitutes a serious interference with SBY America's property rights.

81. Upon information and belief, M Solution Korea has ongoing funded projects occurring in Arizona, where they have diverted and wrongfully exercised control over said funds specifically designated for payment to SBY America and have used these funds for their own personal benefit.

82. Upon information and belief, M Solution Korea is actively transferring, misappropriating, and/or concealing converted funds, including by wire-transferring proceeds to accounts in the Republic of Korea and diverting project revenues to affiliated entities and individuals, thereby further converting assets rightfully belonging to SBY America.

83. As a direct and proximate result of M Solution Korea's wrongful exercise of dominion and control over the withholding of these funds, M Solution Korea committed conversion, and SBY America has suffered damages in excess of the amount of $4,532,795.54.

84. SBY America is entitled to recover its actual damages.

85. SBY America is further entitled to recover three times the amount of actual damages sustained, plus costs and reasonable attorney fees pursuant to MCL600.2919a.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. Treble damages against M Solution Korea for conversion pursuant to MCL 600.2919a et seq of not less than $13,598,386.62;

e. For interest, both pre-judgment and post-judgment;

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages; and

g. For all other sums that Plaintiff is entitled to at law or in equity.

**COUNT VI-COMMON LAW CONVERSION**

86. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

87. SBY America had a right to payment for the goods, services, labor, and equipment it provided to M Solution Korea.

88. M Solution Korea received funds from LG CNS and/or LG Energy Solution that were specifically designated for payment to SBY America for the goods, services, labor, and equipment provided.

89. M Solution Korea withheld these funds from SBY America and exercised wrongful dominion over them.

90. M Solution Korea's withholding of these funds constitutes a serious interference with SBY America's property rights.

91. Upon information and belief, M Solution Korea has ongoing funded projects

occurring in Arizona, where they have diverted and wrongfully exercised control over said funds specifically designated for payment to SBY America and have used these funds for their own personal benefit.

92. Upon information and belief, M Solution Korea is actively transferring, misappropriating, and/or concealing converted funds, including by wire-transferring proceeds to accounts in the Republic of Korea and diverting project revenues to affiliated entities and individuals, thereby further converting assets rightfully belonging to SBY America.

93. As a direct and proximate result of M Solution Korea's wrongful exercise of dominion and control over the withholding of these funds, M Solution Korea committed conversion, and SBY America has suffered damages in excess of the amount of $4,532,795.54.

94. SBY America is entitled to recover its actual damages.

95. SBY America is further entitled to recover three times the amount of actual damages sustained, plus costs and reasonable attorney fees pursuant to MCL § 600.2919a.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre-judgment and post-judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff against Defendant in the amount of three times the actual damages.

**COUNT VII - UNJUST ENRICHMENT**

96. Plaintiff incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

97. This Count is pled in the alternative should this Honorable Court find no express or enforceable contract between the parties.

98. SBY America conferred a financial benefit to M Solution Korea by providing goods, services, labor, and equipment at multiple project sites in Michigan, Ohio, Indiana, and Georgia.

99. M Solution Korea accepted and retained this benefit without paying SBY America the full amount owed.

100. M Solution Korea has acknowledged owing approximately $1.9 million to SBY America but has failed to pay even this admitted amount.

101. It would be inequitable for M Solution Korea to retain the benefit of SBY America's goods, services, labor, and equipment without paying the full amount owed.

102. As a direct and proximate result of M Solution Korea's unjust enrichment, SBY America has suffered damages in the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre- and post- judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

## COUNT VIII - WRONGFUL TERMINATION OF CONTRACT

103. SBY America incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

104. SBY America had valid contracts with M Solution Korea for work at multiple project sites, including Georgia.

105. Following the incident on March 21, 2025, at the Georgia project site, M Solution Korea ordered SBY America's personnel to leave the project site without any legal basis, proper notice, or payment.

106. M Solution Korea's actions constituted a wrongful termination of the contracts.

107. M Solution Korea had no legal justification for terminating the contracts.

108. As a direct and proximate result of M Solution Korea's wrongful termination, SBY America has suffered damages, including the loss of expected profits from the Georgia project and other consequential damages.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. For interest, both pre- and post- judgment;

e. For all other sums that Plaintiff is entitled to at law or in equity; and

f. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

## COUNT IX - BREACH OF FIDUCIARY DUTY

**UNDER BUILDERS TRUST FUND STATUTES**

109. SBY AMERICA incorporates by reference all allegations in this Verified Complaint as though fully set forth herein and made a part hereof.

110. Under the Michigan Builders Trust Fund Act ("MBTFA"), MCL 570.151, it provides that upon receipt of payment from the owner, a trust is created for the benefit of contractors, laborers, subcontractors, and suppliers, and makes the contractor who receives the payment a trustee of the funds, creating a fiduciary obligation to hold project funds in trust for subcontractors, including SBY America.

111. Similar statutes in Ohio, Indiana, and Georgia also create a fiduciary obligation of M Solution Korea to hold project funds in trust for subcontractors, including SBY America.

112. M Solution Korea owed SBY America a duty of honesty and care.

113. M Solution Korea owed SBY America a duty of good faith, fair dealing, and loyalty.

114. M Solution Korea owed SBY America a duty not to divert business funds, assets, and opportunities to themselves.

115. Upon information and belief, M Solution Korea diverted business funds, assets, and opportunities for their personal gain at the expense of SBY America.

116. Upon information and belief, M Solution Korea has usurped and converted the business funds, assets, and opportunities to their own benefit, violating their duties of good faith, fair dealing, loyalty, honesty, and due care.

117. M Solution Korea received funds from LG CNS and/or LG Energy Solution that were specifically designated for payment to SBY America for the goods, services, labor, and equipment provided.

118. M Solution Korea breached their fiduciary duty by failing to hold these funds.

119. Upon information and belief, M Solution Korea has further breached its fiduciary duties by actively transferring and misappropriating trust funds to accounts and entities in the Republic of Korea, thereby rendering the trust res unavailable to its intended beneficiaries in trust for SBY America, and by failing to pay SBY America the amounts owed.

120. Although the MBTFA is a criminal statute and provides that any contractor engaged in the building construction business, who, with intent to defraud, retains proceeds paid by an owner for any other purpose other than to pay its contractors, laborers, subcontractors, and suppliers, is guilty of a felony, courts have recognized a civil cause of action under the MBTFA.

121. M Solution Korea's collective conduct constitutes a breach of their fiduciary duty to SBY America, and they have engaged in conduct sufficient for SBY America to establish a civil cause of action under the MBTFA.

122. That violation of the MBTFA provides for personal liability of funds, assets, and/or opportunities that were misapplied, usurped, diverted, and/or divested for personal gain at the expense of SBY America.

123. As a direct and proximate result of M Solution Korea's breach of fiduciary duty, SBY America has suffered damages in excess of the amount of $4,532,795.54.

**WHEREFORE,** Plaintiff SBY AMERICA respectfully requests that this Honorable Court enter a judgment in its favor and against M Solution Korea as follows:

a. For compensatory damages;

b. For attorneys' fees, costs, and other expenses;

c. For exemplary or punitive damages and other penalties as allowed by law;

d. Personal liability for those found responsible for violation of the MBTFA;

e. For interest, both pre-judgment and post-judgment;

f. For all other sums that Plaintiff is entitled to at law or in equity;

g. For a judgment in favor of Plaintiff and against Defendant in the amount of three times the actual damages.

## <u>REQUEST FOR RELIEF</u>

**WHEREFORE**, SBY AMERICA respectfully requests that this Court enter a Judgment in Plaintiff's favor and against M Solution Korea as follows:

A. Equal to the total amount of compensatory damages in excess of $4,532,795.54 exclusive of fees, costs, and other obligations;

B. All costs and expenses incurred;

C. Interest as deemed just and appropriate under the Laws of the State of Michigan;

D. Consequential damages in an amount to be determined at trial;

E. Reasonable attorney fees and costs against M Solution Korea;

F. Pre-judgment interest on the unpaid amounts from the dates the invoices were due until the date of judgment and post-judgment interest against M Solution Korea at the maximum rate permitted by applicable law;

G. Treble damages against M Solution Korea for conversion pursuant to MCL 600.2919a et seq of not less than $13,598,386.62;

H. Exemplary damages for the intentional and fraudulent misrepresentations by M Solution Korea in an amount to be determined at trial;

I. A preliminary and permanent injunction restraining and enjoining M Solution Korea, their agents, officers, employees, and all persons acting in concert with them from transferring, misappropriating, encumbering, concealing, or disposing of any assets, funds, or property, whether held domestically or abroad, pending final resolution of this action;

J. An order requiring M Solution Korea to provide a full accounting of all funds received from project owners, including LG CNS, LG Energy Solution, HL-GA Battery Company, LLC, and L-H Battery Company, and the disposition of such funds;

K. Such other and further relief as the Court deems just and proper.

**PLAINTIFF'S VERIFICATION**

I, Seung Youn Yoo, of SBY America, Inc., certify that the above information is true to the best of my knowledge, information, and belief.

서명인:
/s/ Seung Yoo
2BB2F96AF36F4AD...
Seung Youn Yoo
Shareholder of SBY America

Date: 5/27/2026

Respectfully submitted,

THE PRIVATE FIRM PLLC,

Dated: May 28, 2026

/s/ *Reese Serra*

Reese Serra (P74482)
Brian D. Harrison (P58513)
***Attorneys for Plaintiff***
125 E Third St, Ste. 100
Rochester, MI 48307
248-781-4501
info@thefirm.net